# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of: | Chapter 13
S<small>HAHRZAD</small> B<small>ASTAMI</small> | Case No. 08-13496-RGM
Debtor |

**MOTION TO DISMISS,
NOTICE OF MOTION TO DISMISS
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Shahrzad Bastami, Case #08-13496-RGM

*Attend the hearing to be held on November 10, 2010 at 9:30 a.m., in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

        Thomas P. Gorman
        300 North Washington Street, Ste.400
        Alexandria, VA 22314

        Clerk of the Court
        United States Bankruptcy Court
        200 South Washington Street
        Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _October 7, 2010_____      __/s/ Thomas P. Gorman_____
        Thomas P. Gorman
        Chapter 13 Trustee
        300 N. Washington Street, #400
        Alexandria, VA 22314
        (703) 836-2226
        VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of October, 2010, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Shahrzad Bastami | Darden Hutson, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 4801 Christie Jane Lane | 4807 Hermitage Rd. Ste. 205 |
| Fairfax, VA  22030 | Richmond, VA  23227 |

                                    __/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/07/2010

CASE NO: 08-13496-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-7068
BASTAMI, SHAHRZAD
AKA:

4801 CHRISTIE JANE LANE
FAIRFAX, VA 22030

DATE FILED: 06/18/2008
CONFIRMED: 10/23/2008
LATEST 341: 08/19/2008
PERCENTAGE: .000
PLAN: 60 MONTHS
1st PAYMENT DUE: 07/2008
ON SCHEDULE: 20,700.00
ACTUAL PAYMENTS: 16,705.88
AMOUNT BEHIND: 3,994.12

ATTORNEY: DARDEN HUTSON, ESQ.
4807 HERMITAGE RD. STE. 205
RICHMOND, VA 23227
Phone:804 266-4895 Fax: 804 266-4482

Needed to Complete Base:
BASE: 47,100.00
30,394.12

SCHEDULE: 800.00 MONTHLY
TOTAL PAID: 16,705.88

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 09/15/10 | PC | 800.00 |
| 07/19/10 | PC | 800.00 |
| 05/25/10 | PC | 800.00 |
| 03/30/10 | PC | 800.00 |
| 02/17/10 | PC | 800.00 |
| 12/10/09 | PC | 800.00 |
| 11/19/09 | PC | 800.00 |
| 10/15/09 | PC | 800.00 |
| 09/17/09 | PC | 800.00 |
| 08/13/09 | PC | 800.00 |
| 07/16/09 | PC | 800.00 |
| 06/11/09 | PC | 800.00 |
| 05/14/09 | PC | 800.00 |
| 04/08/09 | PC | 800.00 |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 319110 | VANTRIA FEDERAL CREDIT UNION | FIX 09/2010 | SEC 100.00 | 06/18/2008 8.1500 | 720.00 3,136.71 | 32,500.00 32,500.00 | 32,500.00 32,500.00 | 8,103.75 5,754.54 | 24,396.25 165.69 |
| 001 | 319110 | VANTRIA FEDERAL CREDIT UNION Split Claim | PRO | UNS 0.00 | | 0.00 | 8,268.97 8,100.00 | 8,268.97 | 0.00 0.00 | 0.00 0.00 |
| 002 | 318944 | AIRNEX COM | PRO | UNS 0.00 | | 0.00 0.00 | 0.00 281.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 003 | 298865 | ALLIED CREDIT | PRO | UNS 0.00 | | 0.00 0.00 | 0.00 56.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 004 | 314113 | ROUNDUP FUNDING, LLC BARCLAYS BANK | PRO | UNS 0.00 | | 0.00 0.00 | 1,296.80 1,195.00 | 1,296.80 0.00 | 0.00 0.00 | 0.00 0.00 |
| 005 | 318258 | BRANCH BANKING & TRUST COMPANY | PRO | UNS 0.00 | | 0.00 0.00 | 771.21 741.00 | 771.21 0.00 | 0.00 0.00 | 0.00 0.00 |
| 006 | 316873 | ECAST SETTLEMENT CORPORATION | PRO | UNS 0.00 | | 0.00 0.00 | 1,631.78 1,631.00 | 1,631.78 0.00 | 0.00 0.00 | 0.00 0.00 |
| 007 | 316873 | ECAST SETTLEMENT CORPORATION | PRO | UNS 0.00 | | 0.00 0.00 | 903.17 864.00 | 903.17 0.00 | 0.00 0.00 | 0.00 0.00 |
| 008 | 303802 | CAREFIRST BLUECROSS | PRO | UNS 0.00 | | 0.00 0.00 | 0.00 5,800.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 314113 | ROUNDUP FUNDING, LLC CHASE BANK | PRO | UNS 0.00 | | 0.00 0.00 | 109.83 79.00 | 109.83 0.00 | 0.00 0.00 | 0.00 0.00 |
| 010 | 318945 | COGENT FINANCIAL GROUP | PRO | UNS 0.00 | | 0.00 0.00 | 9,065.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 011 | 312788 | FDS BANK/ BLOOMINGDALES | PRO | UNS 0.00 | | 0.00 0.00 | 799.96 652.00 | 799.96 0.00 | 0.00 0.00 | 0.00 0.00 |
| 012 | 321074 | PRA RECEIVABLES MANAGEMENT, LLC 1ST NATIONAL BK OF MARIN/LVNV | PRO | UNS 0.00 | | 0.00 0.00 | 2,091.16 2,229.00 | 2,091.16 0.00 | 0.00 0.00 | 0.00 0.00 |
| 013 | 313487 | ECAST SETTLEMENT CORPORATION WALMART | PRO | UNS 0.00 | | 0.00 0.00 | 587.17 587.00 | 587.17 0.00 | 0.00 0.00 | 0.00 0.00 |
| 014 | 316595 | ECAST SETTLEMENT CORPORATION | PRO | UNS 0.00 | | 0.00 0.00 | 346.86 346.00 | 346.86 0.00 | 0.00 0.00 | 0.00 0.00 |
| 015 | ECAST | ECAST SETTLEMENT CORP. GE MONEY | PRO | UNS 0.00 | | 0.00 0.00 | 2,492.82 2,492.00 | 2,492.82 0.00 | 0.00 0.00 | 0.00 0.00 |
| 016 | 318948 | GEORGE PPASTERGIOU DDS | PRO | UNS 0.00 | | 0.00 0.00 | 4,263.42 3,698.00 | 4,263.42 0.00 | 0.00 0.00 | 0.00 0.00 |
| 017 | ECAST | ECAST SETTLEMENT CORP. | PRO | UNS 0.00 | | 0.00 0.00 | 1,037.02 952.00 | 1,037.02 0.00 | 0.00 0.00 | 0.00 0.00 |
| 018 | 318949 | HSBC BANK | PRO | UNS 0.00 | | 0.00 0.00 | 8,188.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 019 | ECAST | ECAST SETTLEMENT CORP. | PRO | UNS 0.00 | | 0.00 0.00 | 1,325.60 1,293.00 | 1,325.60 0.00 | 0.00 0.00 | 0.00 0.00 |
| 020 | 317193 | ECAST SETTLEMENT CORPORATION BEST BUY | PRO | UNS 0.00 | | 0.00 0.00 | 560.84 561.00 | 560.84 0.00 | 0.00 0.00 | 0.00 0.00 |
| 021 | 317193 | ECAST SETTLEMENT CORPORATION NEIMAN MARCUS | PRO | UNS 0.00 | | 0.00 0.00 | 1,089.36 1,089.00 | 1,089.36 0.00 | 0.00 0.00 | 0.00 0.00 |
| 022 | 312588 | ECAST SETTLEMENT CORPORATION | PRO | UNS 0.00 | | 0.00 0.00 | 913.14 913.00 | 913.14 0.00 | 0.00 0.00 | 0.00 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                    ToolBar 9.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 10/07/2010

CASE NO: 08-13496-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-7068
BASTAMI, SHAHRZAD                                     SCHEDULE:    800.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 023 | 317731 | JC PENNEY | PRO | UNS 0.00 | | 0.00 0.00 | 913.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 024 | 276551 | LOWES | PRO | UNS 0.00 | | 0.00 0.00 | 379.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 025 | 312627 | ECAST SETTLEMENT CORPORATION | PRO | UNS 0.00 | | 0.00 0.00 | 379.24 379.00 | 379.24 0.00 | 0.00 0.00 | 0.00 0.00 |
| 026 | 317150 | MERRICK BANK | PRO | UNS 0.00 | | 0.00 0.00 | 1,781.65 1,781.00 | 1,781.65 0.00 | 0.00 0.00 | 0.00 0.00 |
| 027 | 266341 | NASA FEDERAL CREDIT UNION | PRO | UNS 0.00 | | 0.00 0.00 | 3,593.60 3,358.00 | 3,593.60 0.00 | 0.00 0.00 | 0.00 0.00 |
| 028 | 311760 | NORDSTROM FSB | PRO | UNS 0.00 | | 0.00 0.00 | 1,216.16 848.00 | 1,216.16 0.00 | 0.00 0.00 | 0.00 0.00 |
| 029 | 315052 | ECMC | PRO | UNS 0.00 | | 0.00 0.00 | 2,171.21 2,148.00 | 2,171.21 0.00 | 0.00 0.00 | 0.00 0.00 |
| 030 | 316856 | SST/ COLUMBUS BANK & TRUST | PRO | UNS 0.00 | | 0.00 0.00 | 2,880.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 031 | 316856 | SST/ COLUMBUS BANK & TRUST | PRO | UNS 0.00 | | 0.00 0.00 | 977.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 032 | 318258 | BRANCH BANKING & TRUST COMPANY UNLISTED | PRO-A | UNS 0.00 | | 0.00 0.00 | 34.90 0.00 | 34.90 0.00 | 0.00 0.00 | 0.00 0.00 |
| 033 | 318102 | ECAST SETTLMENT CORPORATION UNLISTED/ HSBC | PRO-A | UNS 0.00 | | 0.00 0.00 | 787.50 0.00 | 787.50 0.00 | 0.00 0.00 | 0.00 0.00 |
| 034 | 283743 | NASA FEDERAL CREDIT UNION UNLISTED | PRO-A | UNS 0.00 | | 0.00 0.00 | 32,451.83 0.00 | 32,451.83 0.00 | 0.00 0.00 | 0.00 0.00 |
| 035 | VATAX | VIRGINIA DEPT. OF TAXATION UNLISTED AND LATE- tr to obj | PRO-A | PRI 100.00 | | 0.00 0.00 | 3,249.51 0.00 | 3,249.51 3,249.51 | 0.00 0.00 | 3,249.51 0.00 |
| 035 | VATAX | VIRGINIA DEPT. OF TAXATION Split Claim UNLISTED AND LATE - obj | PRO-A | UNS 0.00 | | 0.00 0.00 | 9,120.15 0.00 | 9,120.15 0.00 | 0.00 0.00 | 0.00 0.00 |
| 799 | HUTSON | DARDEN HUTSON, ESQ. Pay 1st per B-11 - OK with GMO | PRO 12/2008 | ATY 100.00 | | 0.00 0.00 | 1,500.00 1,500.00 | 1,500.00 1,500.00 | 1,500.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 1,337.59 | 1,337.59 | |
| | | | | TOTALS: | | 720.00 3,136.71 | 117,274.86 98,475.00 | 118,612.45 38,587.10 | 10,941.34 5,754.54 | 27,645.76 165.69 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 1,500.00 | 0.00 | 32,500.00 | 64,475.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 1,500.00 | 3,249.51 | 32,500.00 | 0.00 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 1,500.00 | 0.00 | 8,103.75 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 3,249.51 | 24,396.25 | 0.00 | 0.00 | DUE CREDITORS: | 27,811.45 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 165.69 | 0.00 | 0.00 | EXPECTED ADMIN: | 1,743.76 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 0.00 | 3,249.51 | 24,561.94 | 0.00 | 0.00 | APPROX BALANCE: | 29,545.21 |

\** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                   ToolBar 9.5